| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____ Chapter **7** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**     **Toni&Guy Hairdressing Academy, LP**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**     **56-2545414**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4257 Kellway Circle** <br> **Addison, TX 75001** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Dallas** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**     **toniguy.com**

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor **Toni&Guy Hairdressing Academy, LP** _____ Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **7231**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Toni&Guy Hairdressing Academy, LP**      Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

4/25/24 10:40AM

Debtor **Toni&Guy Hairdressing Academy, LP** _____ Case number (*if known*) _____
    Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Toni&Guy Hairdressing Academy, LP**    Case number (*if known*) _____
     Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 25, 2024**
              MM / DD / YYYY

**X** **/s/ Zak Mascolo**         **Zak Mascolo**
Signature of authorized representative of debtor     Printed name

Title   **CEO**

---

**18. Signature of attorney**

**X** **/s/ Robert Yaquinto, Jr.**      Date **April 25, 2024**
Signature of attorney for debtor           MM / DD / YYYY

**Robert Yaquinto, Jr. 22115750**
Printed name

**Sherman & Yaquinto, LLP**
Firm name

**509 N. Montclair Avenue**
**Dallas, TX 75208**
Number, Street, City, State & ZIP Code

Contact phone  **(214) 942.5502**    Email address  **Rob@syllp.com**

**22115750 TX**
Bar number and State

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                              §
                                                    §
    **Toni&Guy Hairdressing Academy, LP**    §    Case No.:
                                                    §
                                                    §
                                                    §
                        Debtor(s)                   §
                                                    §

# VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ∎ is the first mail matrix in this case.
- ☐ adds entities not listed on previously filed mailing list(s).
- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).
- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

    In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **April 25, 2024**               **/s/ Zak Mascolo**
                                              **Zak Mascolo**/**CEO**
                                              Signer/Title

Date: **April 25, 2024**               **/s/ Robert Yaquinto, Jr.**
                                              Signature of Attorney
                                              **Robert Yaquinto, Jr. 22115750**
                                              **Sherman & Yaquinto, LLP**
                                              **509 N. Montclair Avenue**
                                              **Dallas, TX 75208**
                                              **(214) 942.5502   Fax: (214) 946.7601**

                                              **56-2545414**
                                              Debtor's Social Security/Tax ID No.

                                              Joint Debtor's Social Security/Tax ID No.

```
Ada Ortega
1501 15th Place
Plano, TX 75074


Brittney Stephens
972 US Hwy 287
Sunset, TX 76270


Chloe Byrd
142 Proctor Lane
Decatur, TX 76234


Daniel Flood
696 Chisolm Trail
Keller, TX 76248


Daniel Kang
542 Peppercress Ln
Haslet, TX 76052


Ekaterina Smith
624 Fairground St
Vicksburg, MS 39180


Hannah Hofstetter
18639 Rembrandt Terrace
Dallas, TX 75287


Jessica Lopez
1413 Honey Locust Dr
Plano, TX 75023


Julia Way
107 Pikes Peak Ln
Florissant, CO 80816
```

```
Justina McKnight
1651 Highland Acres Dr
Kaufman, TX 75142


Kaydance Omas
5101 Escambia Terrace
Keller, TX 76244


Lauren Smith
1515 Silver Sage Dr
Haslet, TX 76052


Natalie Merrifield
1114 Grimsworth Lane
Allen, TX 75002


Plano Station LLC as successor
to Regency Market Street, L.L.C.
901 Main Street
Suite 6000
Dallas, TX 75202


Plano Station LLC as successor
to Regency Market Street, L.L.C.
901 Main Street
Suite 6000
Dallas, TX 75202


Sarah Schramm
2913 Azle Ave
Fort Worth, TX 76106
```

# United States Bankruptcy Court
### Northern District of Texas

In re **Toni&Guy Hairdressing Academy, LP**
Debtor(s)

Case No.
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Toni&Guy Hairdressing Academy, LP** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 25, 2024**
Date

**/s/ Robert Yaquinto, Jr.**
**Robert Yaquinto, Jr. 22115750**
Signature of Attorney or Litigant
Counsel for **Toni&Guy Hairdressing Academy, LP**
**Sherman & Yaquinto, LLP**
**509 N. Montclair Avenue**
**Dallas, TX 75208**
**(214) 942.5502 Fax:(214) 946.7601**
**Rob@syllp.com**